Garo Mardirossian, Esq., #101812
garo@garolaw.com
Rowena J. Dizon, Esq., #171365
rdizon@garolaw.com
**MARDIROSSIAN & ASSOCIATES, INC.**
*A Professional Law Corporation*
6311 Wilshire Boulevard
Los Angeles, CA  90048-5001
Telephone (323) 653-6311
Facsimile (323) 651-5511

Thomas E. Beck, Esq., #81557
becklaw@earthlink.net
**THE BECK LAW FIRM**
10377 Los Alamitos Boulevard
Los Alamitos, CA  90720
Telephone (562) 795-5835
Facsimile (562) 795-5821

Attorneys for Plaintiff EDWARD M. QUINONEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. QUINONEZ<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF FULLERTON; MICHAEL SELLERS, Chief of Police individually and as a peace officer; KENTON HAMPTON #1337, individually and as a peace officer; and DOES 1-10, inclusive<br><br>Defendants. | Case No.: SACV12-104-JVS (ANx)<br><br>**PROOF OF SERVICE OF FIRST AMENDED COMPLAINT FOR DAMAGES** |

1

# PROOF OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California, am over the age of 18 years and not a party to this lawsuit. My business address is 6311 Wilshire Blvd., 3rd Floor, Los Angeles, CA 90048-5001. On **March 15, 2012**, I served or caused to be served the foregoing document described as: **FIRST AMENDED COMPLAINT FOR DAMAGES** on all interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

(X) **BY MAIL:**
I deposited such document in a sealed envelope with postage fully prepaid, in the mail at Los Angeles, California.

( ) **BY OVERNIGHT DELIVERY:**
I caused such document to be delivered overnight from Los Angeles, California, to the business address maintained by the above person(s) as last indicated by that person on a document that he or she has filed in the above-entitled cause and served on this party.

( ) **BY FACSIMILE:**
I transmitted such document by facsimile from Los Angeles, California, to the facsimile machine maintained by the above person(s) at (XXX) XXX-XXXX as last indicated by that person on a document that he or she has filed in the above-entitled cause and served on this party.

( ) **BY PERSONAL SERVICE:**
I caused such document to be delivered by messenger from Los Angeles, California, to the business address maintained by the above person(s) as last indicated by that person on a document that he or she has filed in the above-entitled cause and served on this party.

( ) **BY EMAIL:**
I caused such documents to be delivered by email to the person(s) indicated on the attached Service List at the following email address _____.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **March 15, 2012** at Los Angeles, California.

_____
Marilen Severson

-1-
PROOF OF SERVICE

## SERVICE LIST
### Mam v. City of Fullerton, et al.
### Case No. 8:11-CV-01242 JST (MLGx)

| | |
|---|---|
| Dana Alden Fox, Esq.<br>E-mail: fox@lbbslaw.com<br>Dawn M. Flores-Oster, Esq.<br>E-mail: flores-oster@lbbslaw.com<br>Barry Hassenberg, Esq.<br>E-mail: hassenberg@lbbslaw.com<br>**LEWIS BRISBOIS**<br>**BISGAARD & SMITH LLP**<br>221 N. Figueroa St., Suite 1200<br>Los Angeles, California 90012<br>Telephone (213) 250-1800<br>Facsimile (213) 250-7900 | Attorneys for Defendants<br>**CITY OF FULLERTON,**<br>**MICHAEL SELLERS.** |
| Steven J. Rothans, Esq.<br>E-mail: srothans@crdlaw.com<br>Jill Williams, Esq.<br>E-mail: jwilliams@crdlaw.com<br>**CARPENTER ROTHANS & DUMONT**<br>888 S. Figueroa St., Suite 1960<br>Los Angeles, California 90017<br>Telephone (213) 228-0400<br>Facsimile (213) 228-0401 | Attorneys for Defendants<br>**OFFICER KENTON**<br>**HAMPTON** |
| Thomas E. Beck, Esq.<br>Email: becklaw@earthlink.net<br>**THE BECK LAW FIRM**<br>10377 Los Alamitos Boulevard<br>Los Alamitos, California 90720<br>Telephone (562) 795-5835<br>Facsimile (562) 795-5821 | Attorneys for Plaintiff<br>**VETH MAM** |