JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. QUINONEZ, | Case No.: SACV12-104-JVS (ANx) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| CITY OF FULLERTON; MICHAEL SELLERS, Chief of Police, individually and as a peace officer; KENTON HAMPTON #1337, individually, and as a peace officer; and DOES 1-10, inclusive, | |
| Defendants. | |

Based on the acceptance by Plaintiff EDWARD M. QUINONEZ of the Fed. R.Civ. P. ("Rule 68") Offer of Judgment made by Defendants CITY OF FULLERTON; MICHAEL SELLERS and KENTON HAMPTON, judgment is hereby entered in favor of Edward M. Quinonez against City of Fullerton only, in the amount of $25,000, which sum shall include all costs and attorneys' fees otherwise recoverable in this action.

Defendants Michael Sellers, Chief of Police, individually and as a peace officer and Kenton Hampton #1337, individually, and as a peace officer are dismissed.

1  IT IS SO ORDERED.

3  DATED:    July 03, 2013

_____
Hon. James V. Selna

-2-
(PROPOSED) JUDGMENT